IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WHITE AND WILLIAMS LLP, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MICHELLE T. SEIDNER, et al. | : | NO. 13-110 |

**O R D E R**

AND NOW, this   20th   day of May, 2014, upon consideration of the Motion of Neil Jokelson, Esquire, to Withdraw as Counsel for Defendant Michelle T. Seidner (Doc. 28), the argument presented at the hearing held on May 14, 2014, and for the reasons stated in the accompanying memorandum, IT IS HEREBY ORDERED that the Motion is GRANTED to the extent Mr. Jokelson's representation of Defendant Michelle T. Seidner is terminated.  Mr. Jokelson is directed to provide a copy of this Memorandum and Order to Ms. Seidner.  In the event Ms. Seidner chooses not to retain new counsel, she is directed to contact the Clerk's Office to provide a mailing address and/or register for the court's Electronic Case Filing system (CM/ECF) to receive and file pleadings with the court.

BY THE COURT:

/s/ELIZABETH T. HEY

_____
ELIZABETH T. HEY
UNITED STATES MAGISTRATE JUDGE